County, Gilbert, J.—Dismiss Complaint.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ. [As amended by unpublished order entered Feb. 4, 1994.]

■ RICHARD FOSTER et al., Respondents-Appellants, v ALAN SPEVACK, Individually and as Trustee of STATEWAY PLAZA SHOPPING CENTRE, a Joint Venture, et al., Appellants-Respondents and FRED TONTARSKI et al., Respondents. (Appeal No. 2.) [605 NYS2d 994] —Order unanimously modified on the law and as modified affirmed without costs. Same Memorandum as in *Foster v Spevack* (198 AD2d 892 [decided herewith]). (Appeals from Order of Supreme Court, Jefferson County, Gilbert, J.—Dismiss Complaint.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.

■ PATRICK H. STACHELCZYK, Individually and as Parent and Natural Guardian of JENNIFER M. STACHELCZYK, an Infant, Respondent, v ALLEN McIVOR, Appellant. (Appeal No. 1.) [605 NYS2d 1003] —Judgment unanimously affirmed with costs. Memorandum: The evidence is sufficient to support the jury's finding that defendant's dog possessed vicious propensities and that defendant knew or should have known of those propensities *(see, Muller v McKesson,* 73 NY 195; *Wheaton v Guthrie,* 89 AD2d 809, 810). We reject defendant's argument that the jury's damage award "deviates materially from what would be reasonable compensation" (CPLR 5501 [c]). We have examined defendant's remaining contentions and find them to be lacking in merit. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Negligence.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.

■ PATRICK H. STACHELCZYK, Individually and as Parent and Natural Guardian of JENNIFER M. STACHELCZYK, an Infant, Respondent, v ALLEN McIVOR, Appellant. (Appeal No. 2.) [605 NYS2d 1004] —Appeal unanimously dismissed without costs *(see,* CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—Set Aside Verdict.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.

■ LASERSURGE, INC., et al., Respondents, v KEVIN P. McGUIRE, Appellant. [606 NYS2d 1020] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wisner, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Wisner, J.—Stock Valuation.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.